PRECEDENTIAL

IN THE UNITED STATES COURT
OF APPEALS
FOR THE THIRD CIRCUIT

———————

NO. 09-2773

———————

SPECIALTY SURFACES INTERNATIONAL, INC.,
doing business as SPRINTURF, INC;
EMPIRE AND ASSOCIATES, INC.,
Appellants

v.

CONTINENTAL CASUALTY CO.

———————

On Appeal From the United States
District Court
For the Eastern District of Pennsylvania
(D.C. Civil Action No. 2-08-cv-02089)
District Judge:  Hon. John P. Fullam

———————

Argued February 25, 2010

BEFORE:  CHAGARES, STAPLETON, and
LOURIE,* *Circuit Judges*

———————

* Hon. Alan D. Lourie, United States Circuit Judge for the Federal Circuit, sitting by designation.

<u>ORDER AMENDING OPINION</u>

IT IS ORDERED that the precedential opinion filed in this matter on June 8, 2010, is hereby AMENDED as follows:

The listings in the caption for appellee's attorneys is DELETED and the following is substituted therefor:

Ronald P. Schiller
Jay I. Morstein (Argued)
Michael R. Carlson
Daniel J. Layden
Hangley, Aronchick, Segal & Pudlin
One Logan Square
18th and Cherry Streets – 27th Floor
Philadelphia, PA  19103
  Attorneys for Appellee

By the Court:


  /s/   Walter K. Stapleton
United States Circuit Judge

DATED: June 10, 2010

MLR/cc:
Timothy P. Law, Esq.
Jay I. Morstein, Esq.
Ronald P. Schiller, Esq.